Eric J. Neal, OSB #110268
LETHER LAW GROUP
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444
F: (206) 467-5544
eneal@letherlaw.com
*Counsel for Artisan and
Truckers Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| J. FRANCO REFORESTATION, INC., an Oregon corporation,<br><br>  Plaintiff,<br>v.<br><br>ARTISAN AND TRUCKERS CASUALTY COMPANY, an Ohio company,<br><br>  Defendant. | No.  3:26-cv-372<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)** |

TO:   The Clerk of the Court;

AND TO:   Plaintiff and its Counsel of Record.

**NOTICE IS HEREBY GIVEN** that on this day, Defendant Artisan and Truckers Casualty Company (Artisan) hereby removes to this Court the state-court action described below:

I.   THE SUBJECT ACTION

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1. On February 13, 2026, Plaintiff J. Franco Reforestation, Inc. filed an action in the Circuit Court of the State of Oregon for the County of Multnomah, which was assigned Case No. 26CV08101. On February 17, 2026, Plaintiff served the Summons and Complaint on Artisan. A true and correct copy of the Complaint is attached as **Exhibit A.** A true and correct copy of the proof of service on Defendant is attached as **Exhibit B.**

## II.    DIVERSITY OF CITIZENSHIP

2. Plaintiff J. Franco Reforestation, Inc. (J Franco) is a corporation organized under the laws of the State of Oregon, with its principal place of business in the State of Oregon.

3. Artisan is a foreign insurer organized under the laws of the State of Ohio, with its principal place of business in the State of Ohio.

## III.    AMOUNT IN CONTROVERSY

4. This matter arises out of a motor vehicle collision in the State of Colorado involving an employee of J Franco, Ezequiel Tapia, who collided head-on with non-party Bryan Bjorlow, resulting in serious injuries to Bjorlow.

5. Bjorlow submitted a claim for damages against Tapia and J Franco, who subsequently tendered the claims to Artisan under a Commercial Auto Policy issued by Artisan to J. Franco.

6. At the time of the loss at issue, J Franco was insured for liability to others in the amount of $2,000,000.

7. Bjorlow has issued a demand for the full $2,000,000.00 limit of liability under the J Franco Policy.

8. On January 9, 2026, Artisan filed a Complaint for Declaratory Judgment in the United States District Court for the District of Colorado seeking a judicial determination that it

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

does not owe coverage to Tapia and/or J Franco for the claims asserted against them by Bjorlow. District of Colorado Cause No. 1:26-cv-00091-CYC.

9. Thereafter, on or about February 13, 2026, J Franco filed this action in Multnomah County Superior Court, alleging breach of contract and other causes of action, seeking coverage for the same loss.

10. J Franco specifically admits that the damages in controversy in this matter are "reasonably certain to exceed $75,000." Plaintiff's Complaint at ¶ 32.

### IV.     JURISDICTION

11. For purposes of determining jurisdiction under 28 U.S.C. § 1332, Artisan is a citizen of Ohio. Plaintiff is a citizen of Oregon. **Ex. A** at ¶ 2. As such, diversity is complete.

12. The amount in controversy exceeds $75,000, excluding interest and costs.

13. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

### V.     TIMELINESS

14. Plaintiffs filed the Complaint on February 13, 2026. Plaintiff served the Summons and Complaint on Defendant on February 17, 2026. **Exhibit B.** This Notice of Removal, filed February 26, 2026, is timely under 28 U.S.C. § 1446.

### VI.     COPIES OF PROCESS, PLEADINGS, ORDERS, AND MOTIONS IN THE STATE COURT PROCEEDINGS

15. In accordance with 28 U.S.C. § 1446, attached to this Notice of Removal as **Exhibits A** through **C** are true and correct copies of all process, pleadings, and orders served upon Defendant in the Multnomah County Circuit Court of the State of Oregon, case number 26CV08101. These documents are:

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

      A.      Complaint

      B.      Proof of Service

      C.      Summons

16.    Notice of this removal will be filed with the Clerk of the Multnomah County Circuit Court and will be given to all parties in accordance with 28 U.S.C. § 1446.

DATED this 26th day of February 2026.

                LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, OSB #110268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
*Counsel for Artisan and Truckers Casualty Company*

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Paul Mockford
Josh Tabak
Paternoster Farnell & Grein, LLP
1030 SW Morrison Street
Portland, OR 97205
pmockford@pfglaw.com
jtabak@pfglaw.com
*Counsel for Plaintiff*

**By:**    [ ] **First Class Mail**        [X] **E-Service/Email**        [ ] **Legal Messenger**

DATED this 26th day of February 2026 at Seattle, Washington.

*s/ Judy Tustison*
Judy Tustison | Paralegal

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28. U.S.C. § 1441(a) – 5

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544